# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIELLE MARIE LUCEY, | ) | 3:04-CV-637-BES (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 7, 2006 |
| | ) | |
| THE CITY OF RENO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>GINA MUGNAINI</u>        REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

        Defendants City of Reno and Retired Police Chief Jerry Hoover have filed a Motion to Amend Discovery Plan and Scheduling Order (Third Request) (Doc. #93).  Defendants Dennis Balaam, City of Sparks, John Dotson, and Greg Sawyer have joined the Motion (Doc. Nos. 94, 95 and 96).

        Defendants' Motion to Amend Discovery Plan and Scheduling Order (Third Request) (Doc. #93) is **GRANTED**.  The dates set forth in Defendants' Motion (Doc. #93) shall govern this case.

        **IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK

                                By:_____/s/_____
                                        Deputy Clerk