AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

DANIELLE MARIE LUCEY,

     Plaintiff,       JUDGMENT IN A CIVIL CASE

V.

     CASE NUMBER: **3:04-CV-00637-BES-PAL**

CITY OF RENO, et al.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motions for Summary Judgment (## 134, 138, 139, 140, 147, 148) are GRANTED

  March 27, 2008       **LANCE S. WILSON**
                                                                                    Clerk

                                                             /s/ Daniel R. Morgan
                                                                  Deputy Clerk